**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

JANE DOE,

    Plaintiff,                                        Federal Action No. 1:23-cv-23497-BB

v.

MIAMI GARDENS SQUARE ONE,
INC., *individually and d/b/a* TOOTSIE'S
CABARET MIAMI,

    Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR**
**<u>*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO</u>**
**<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

    THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Avery L. Larson, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

    The Motion is GRANTED. Avery L. Larson may appear and participate in this action on behalf of Miami Gardens Square One, Inc. The Clerk shall provide electronic notification of all electronic filings to Avery L. Larson, at alarson@wallaceallen.com and service@wallaceallen.com.

    DONE AND ORDERED in Chambers at _____ Florida, this day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record