UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-23497

JANE DOE V. MIAMI GARDENS SQUARE ONE INC.
JURY QUESTIONS/NOTES TO THE COURT

PLEASE NOTE: DO **NOT** SHOW YOUR NUMERICAL DIVISION

On Page 4 - Negligence if we answer No it tells us to go to Page 5. If we answer yes go to the next question, the next question is on page 5. Do we answer Damages page 5 in either case?

SIGNED: [redacted]
Foreperson of the Jury

DATE: 01/31/25

TIME: 4:38 PM

**COURT'S RESPONSE TO THE JURY QUESTION**

If your answer is NO, you do not need to answer the questions on page 5. However, if your answer to Question 6 is Yes, you should answer the questions on page 5.

SIGNED: [redacted]
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-23497

JANE DOE V. MIAMI GARDENS SQUARE ONE INC.
JURY QUESTIONS/NOTES TO THE COURT

PLEASE NOTE: DO **NOT** SHOW YOUR NUMERICAL DIVISION

We have made a determination.

SIGNED: [redacted]
Foreperson of the Jury

DATE: 02/03/2024   TIME: 9:26 AM

**COURT'S RESPONSE TO THE JURY QUESTION**

SIGNED: _____   DATE: _____   TIME: _____
BETH BLOOM
UNITED STATES DISTRICT JUDGE